| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| 2 | J. Rick Taché (CA Bar No. 195100) |
|   |     (tacher@gtlaw.com) |
| 3 | Shaun A. Hoting (CA Bar No. 260656) |
|   |     (hotings@gtlaw.com) |
| 4 | Leanna Costantini (CA Bar No. 294028) |
| 5 |     (costantinil@gtlaw.com) |
|   | 3161 Michelson Drive, Suite 1000 |
| 6 | Irvine, California 92612 |
|   | Telephone: (949) 732-6500 |
| 7 | Facsimile:  (949) 732-6501 |
| 8 | |
|   | *Attorneys for Plaintiffs (cont'd on next page):* |
| 9 | *DJO Global, Inc.; DJO, LLC; and DJO Consumer, LLC* |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DJO GLOBAL, INC., a California Corporation, DJO, LLC, a Delaware limited liability corporation, and DJO CONSUMER, LLC, a Delaware limited liability corporation, | CASE NO.  3:16-cv-02208-BAS-NLS |
| | **PLAINTIFFS' MOTION TO FILE COMPLAINT AND EXHIBITS C & D TO COMPLAINT UNDER SEAL** |
| Plaintiffs, | |
| v. | |
| ERIC GLADER, an individual, ANNEKE MARVIN, an individual, POWERDOT, INC., a Delaware corporation, AND SMARTMISSIMO TECHNOLOGIES PTE LTD., a Singapore private limited company, | |
| Defendants. | |

MOTION TO FILE COMPLAINT AND EXHIBITS TO COMPLAINT UNDER SEAL

*Attorneys for Plaintiffs, continued:*

**GREENBERG TRAURIG, LLP**
Richard D. Harris (IL Bar No. 1137913; pro hac vice forthcoming)
  (harrisr@gtlaw.com)
Barry R. Horwitz (IL Bar No. 6296764; pro hac vice forthcoming)
  (horwitzb@gtlaw.com)
Jonathan E. Giroux (IL Bar No. 6306024; pro hac vice forthcoming)
  (girouxj@gtlaw.com)
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile:  (312) 456-8435

*Attorneys for Plaintiffs:*
*DJO Global, Inc.; DJO, LLC; and DJO Consumer, LLC*

MOTION TO FILE COMPLAINT AND EXHIBITS TO COMPLAINT UNDER SEAL

Plaintiffs DJO Global, Inc. ("DJO Global"), DJO, LLC, and DJO Consumer, LLC ("DJO Consumer") (collectively, "Plaintiff" or "DJO") by and through its undersigned counsel, hereby applies for an Order allowing Plaintiff to file certain Exhibits to Plaintiff's Complaint under seal.

Exhibit C is the Separation Agreement for Defendant Eric Glader. At the time the Plaintiff and Defendant Glader entered into the Separation Agreement, they agreed that it would be deemed confidential. Moreover, the Separation Agreement contains internal and non-public information, including Defendant Glader's severance benefits. As Mr. Glader's former employer, Plaintiff has an obligation to maintain this information in confidence per the terms of the Agreement and California law. *Accord Willis v. Super. Ct.*, 112 Cal. App. 3d 277, 286 (1981) ("it is incumbent upon the litigant-holder of information to assert the right on behalf of the nonparty who has a protectable right of privacy"). Plaintiff does not disclose the information pertaining to the Separation Agreement, or separation agreements generally, to its competitors or the general public. Additionally, disclosure of this information would harm Plaintiff's business and competitive position, as it would likely make the retention or attraction of employees difficult. Because disclosure of this information would harm Plaintiff's business and competitive position by potentially revealing confidential and sensitive information, Plaintiff respectfully requests that Exhibit C , Mr. Glader's Separation Agreement, be filed under seal . *See Rich v. Shrader*, No. 09CV652 AJB BGS, 2013 WL 6190895, at *2 (S.D. Cal. Nov. 26, 2013) (granting motion to seal where movant's competitors would gain access to, *inter alia*, personnel information).

Similarly, Exhibit D is the Endorsement Agreement between Plaintiff and Celebrity Athlete D. At the time the Plaintiff and Celebrity Athlete D entered into the Endorsement Agreement, Plaintiff and Celebrity Athlete D agreed that the terms of the agreement would be deemed confidential. Moreover, the Endorsement Agreement consists of internal and non-public, proprietary information and trade secrets relating to

3

MOTION TO FILE COMPLAINT AND EXHIBITS TO COMPLAINT UNDER SEAL

the business of Plaintiff, namely the terms and payments Plaintiff agreed to with an athlete endorsing Plaintiff's products.  Plaintiff does not disclose this information to its competitors or the general public.  Disclosure of this information would harm Plaintiff's business and competitive position, particularly because the market for athlete endorsements is highly competitive and each company holds its proprietary information regarding the terms of those endorsements in strict confidence.  Because disclosure of this trade secret information would harm Plaintiff's business and competitive position, by revealing confidential and commercially sensitive information, Plaintiff respectfully requests that Exhibit D, Celebrity Athlete D's Endorsement Agreement, be filed under seal.  *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (holding that trade secrets are appropriately sealed and noting that a "trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it").

Finally, Plaintiff's Complaint includes quotations from both confidential Exhibits C and D.  Since the Exhibits contain confidential information as described above, the portions of the Complaint that quote the confidential information have been redacted from the publicly-filed version.  Plaintiff respectfully requests that the un-redacted Complaint containing excerpts of Exhibits C and D likewise be filed under seal.

DATED:  August 31, 2016                Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Shaun A. Hoting*
J. Rick Taché (CA Bar No. 195100)
Shaun A. Hoting (CA Bar No. 260656)
Leanna Costantini (CA Bar No. 294028)
Richard D. Harris (pro hac vice forthcoming)
Barry R. Horwitz (pro hac vice forthcoming)
Jonathan E. Giroux (pro hac vice forthcoming)

Attorneys for Plaintiff DJO, LLC

MOTION TO FILE COMPLAINT AND EXHIBITS TO COMPLAINT UNDER SEAL