**GREENBERG TRAURIG, LLP**
Richard D. Harris (IL Bar No. 1137913)
    (harrisr@gtlaw.com)
Barry R. Horwitz (IL Bar No. 6296764)
    (horwitzb@gtlaw.com)
Jonathan E. Giroux (IL Bar No. 6306024)
    (girouxj@gtlaw.com)
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile:  (312) 456-8435

**GREENBERG TRAURIG, LLP**
Leanna C. Costantini (CA Bar 294028)
    (costantinil@gtlaw.com)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile:  (949) 732-6501

*Attorneys for Plaintiffs:*
*DJO Global, Inc.; DJO, LLC; and DJO Consumer, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DJO GLOBAL, INC., a California Corporation, DJO, LLC, a Delaware corporation, and DJO CONSUMER, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC GLADER, an individual, ANNEKE MARVIN, an individual, POWERDOT, INC., a Delaware corporation, AND SMARTMISSIMO TECHNOLOGIES PTE LTD., a Singapore private limited company,<br><br>Defendants. | CASE NO. 16-CV-2208 CAB NLS<br><br>**PLAINTIFFS' MOTION TO FILE ANSWER TO DEFENDANTS' COUNTERCLAIMS UNDER SEAL**<br><br>Judge:     Cathy Ann Bencivengo |

Plaintiffs DJO Global, Inc. ("DJO Global"), DJO, LLC, and DJO Consumer, LLC ("DJO Consumer") (collectively, "Plaintiffs" or "DJO") by and through its undersigned counsel, hereby applies for an Order allowing Plaintiffs to file certain portions of Plaintiffs' Answer to Defendants' Counterclaims (the "Answer") under seal.

The Answer includes reference to and quotations from documents and pleadings that the Court has previously ordered be sealed. Specifically, the Answer contains non-public information regarding the "Separation Agreement and General Release of all Claims" ("Separation Agreement") between Defendant Eric Glader and DJO Global. As discussed in Plaintiffs' Motion to File the Complaint Under Seal, Plaintiffs have an obligation to maintain information regarding the Separation Agreement in confidence, and the disclosure of such information could harm Plaintiffs' business and competitive position. (ECF No. 4.) Further, the Court previously granted both Plaintiffs' and Defendants' requests to seal the Separation Agreement. (ECF Nos. 8, 30.)

The Answer also includes reference to certain individuals and/or entities or organizations that Defendants have asserted are "commercially and competitively sensitive," such that Defendants "believe that they will be placed at a competitive or economic disadvantage if such information is disclosed to other parties and/or the public at large." (ECF No. 28.) The Court previously granted Defendants' request to seal the names of those individuals and/or entities that Plaintiffs now seek to file under seal. (ECF No. 30.)

Plaintiffs' request to seal the Answer is narrowly tailored to limited portions of the Answer that the Court has previously determined should not be publicly disclosed. *See Oregonian Pub. Co. v. U.S. Dist. Court for Dist. of Oregon*, 920 F.2d 1462, 1465 (9th Cir. 1990) (noting that requests to seal must be narrowly tailored). Accordingly, Plaintiffs respectfully request that the Court allow them to file a redacted version of the Answer on the public docket and the unredacted version of the Answer and Counterclaim under seal.

///

DATED: January 30, 2017

**GREENBERG TRAURIG, LLP**

By */s/ Barry R. Horwitz*
Richard D. Harris (IL Bar No. 1137913)
Barry R. Horwitz (IL Bar No. 6296764)
Jonathan E. Giroux (IL Bar No. 6306024)
Leanna C. Costantini (CA Bar No. 294028)

Attorneys for Plaintiffs DJO Global, Inc.; DJO, LLC; and DJO Consumer, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System.

DATED:  January 30, 2017              **GREENBERG TRAURIG, LLP**

By: */s/ Barry R. Horwitz*
       Barry R. Horwitz